[No. 15830-9-I.   Division One.   November 24, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
JAMES L. MAY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-00334-5, Robert C. Bibb, J., entered December 3, 1984. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Webster, J.

[No. 16219-5-I.   Division One.   November 24, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL
WAVERLEIGH GALBRAITH, *Defendant,* DONALD
LEE MATHIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-03595-6, Jerome M. Johnson, J., entered March 21, 1985. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Coleman, J.

[No. 16924-6-I.   Division One.   November 24, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. STEPHEN
RAY SIMON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-01256-5, Warren Chan, J., entered August 7, 1985. *Reversed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Webster, J.

[No. 16164-4-I.   Division One.   November 24, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
RUBIN WILSON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-8-04301-8, James A. Noe, J., entered February 21, 1985. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Williams and Webster, JJ.